3IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KELVIN CROWELL,

    Petitioner,

v.                                                       CASE NO. 1:12-cv-63-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This case is before the Court on Doc. 16, Respondent's second motion for an extension of time to respond to the Petition. Upon due consideration, it is **ORDERED AND ADJUDGED:**

1. Respondent's second motion for extension of time (Doc. 16) is **GRANTED**. Respondent shall file an answer or other pleading on or before **March 1, 2013.**

4. Petitioner shall have until **April 1, 2013**, to file a reply, if desired.

**DONE AND ORDERED** this 28th day of December 2012.

                                           *s/ Gary R. Jones*
                                           GARY R. JONES
                                           United States Magistrate Judge